UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN O'MARA, BRIAN NICHOLS, RICHARD KELLETT, MICHAEL O'CONNELL III, MARK MORGAN, JAMES MURPHY, DENNIS CORRIGAN, NEIL HABERBERGER, ROBERT C. MITCHELL, and RAY HEFNER in Their Representative Capacities as Trustees of the PLUMBERS AND PIPEFITTERS WELFARE EDUCATIONAL FUND, PLUMBERS AND PIPEFITTERS PENSION FUND, and PLUMBERS AND PIPEFITTERS LOCAL 562 SUPPLEMENTAL PENSION PLAN AND TRUST, <br><br>and<br><br>PLUMBERS AND PIPEFITTERS LOCAL 562, a Labor Organization,<br><br>    Plaintiffs,<br><br>v.<br><br>BOB RAEKER PLUMBING CO.,<br><br>    Defendant. | Case No. |

**COMPLAINT TO ENFORCE SETTLEMENT AGREEMENT
PURSUANT TO SECTION 301 OF THE LMRA**

COME NOW plaintiffs, by and through their attorneys, and for their cause of action against defendant state:

1. Jurisdiction of the cause of action and the parties hereto is conferred upon this Court by subsections (a), (b) and (c) of Section 301 of the Labor Management Relations Act of 1947, as amended, 29 U.S.C. Section 185 (hereinafter referred to as the "LMRA").

2. Venue is proper in this Court because the events giving rise to this cause of action occurred within this judicial district.

3. The Plumbers and Pipefitters Welfare Educational Fund, the Plumbers and Pipefitters Pension Fund, and the Plumbers and Pipefitters Local 562 Supplemental Pension Plan and Trust (hereinafter, the "Plumbers & Pipefitters Funds") are employee benefit plans created in accordance with the provisions of Section 302(c)(5) and (c)(6) of the LMRA, 29 U.S.C., Sections 186(c)(5) and (c)(6). The Plumbers & Pipefitters Funds are employee benefit plans within the meaning of Sections 3(3) and (4)(a) of ERISA, 29 U.S.C., Sections 1002(3) and 1003(a), and are multi-employer plans within the meaning of Section 515 of ERISA, 29 U.S.C., Section 1145.

4. Plaintiffs John O'Mara, Brian Nichols, Richard Kellett, Michael O'Connell III, Mark Morgan, James Murphy, Dennis Corrigan, Neil Haberberger, Robert C. Mitchell, and Ray Hefner are the Trustees of the Plumbers and Pipefitters Welfare Educational Fund, the Plumbers and Pipefitters Pension Fund, the Plumbers and Pipefitters Local 562 Supplemental Pension Plan and Trust, and as such, are fiduciaries within the meaning of Sections 502(a)(3) and (g)(1) of ERISA, 29 U.S.C., Sections 1132(a)(3) and 1132(g)(1).

5. Plumbers and Pipefitters Local 562 is a labor organization within the meaning of Section 2(5) of the LMRA, 29 U.S.C., Section 152(5), representing employees in an industry affecting commerce within the meaning of Section 301 of the LMRA, 29 U.S.C., Section 185.

6. Defendant is a Missouri corporation in good standing, conducting business in this judicial district. Defendant is an employer in an industry affecting commerce within the meaning of Sections 3(5), (11), (12), and 515 of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C., §§ 1002(5), (11), (12) and 1145, and Sections 2(2), (6) and (7) of the Labor Management Relations Act of 1947, as amended, 29 U.S.C., §§ 152(2), (6) and (7), having an office and place of business within this judicial district.

7. Defendant has been party to a Collective Bargaining Agreement with Plumbers and Pipefitters Local 562 at all times relevant hereto.

8. By signing the Collective Bargaining Agreement, defendant became bound by the Trust Agreements establishing the Plumbers and Pipefitters Funds.

9. Under the terms of the Collective Bargaining Agreement, Defendant is required to make contributions to the Plumbers and Pipefitters Funds pursuant to the formula set forth therein, to file monthly contribution report forms and to remit lawfully deducted dues payments to Plumbers and Pipefitters Local 562.

10. The Collective Bargaining Agreement and Section 502(g) of ERISA, 29 U.S.C., Section 1132(g), require delinquent employers to pay liquidated damages, attorneys' fees, court costs and audit costs.

11. Defendant failed to make the required contributions and dues payments.

12. On November 3, 2020, plaintiffs filed suit against defendant in Case No. 4:20-cv-01573-MTS in the U.S. District Court, Eastern District of Missouri ("Lawsuit") to collect the unpaid amounts.

13. The parties reached a settlement of the Lawsuit whereby defendant admitted that it owed plaintiffs $479,378.76, consisting of $367,315.65 in contributions, $73,463.13 in liquidated damages, $21,635.06 in interest for the period of May 2019 through October 2020 and $16,964.92 in dues for the period of January 2020 ("Settlement Agreement").

14. Under the Settlement Agreement, plaintiffs agreed to accept payment of a lesser amount, $405,915.63, so long as defendant timely made monthly payments pursuant to the terms of the Settlement Agreement.

15. Initially, defendant made the payments required by the Settlement Agreement.

16. To date, defendant has paid $123,512.71 towards the Settlement Agreement.

17. However, defendant stopped making the payments required by the Settlement Agreement, thereby breaching its terms.

18. Plaintiffs provided defendant with notice of default and the opportunity to cure pursuant to the terms of the Settlement Agreement.

19. Defendant failed to cure its breach of the Settlement Agreement.

20. By defendant's breach of the Settlement Agreement, $355,866.05 remains due and owing to plaintiffs.

WHEREFORE, plaintiffs pray that this Court enter an order, judgment, and decree awarding Plaintiffs the following relief for their cause of action:

a. A judgment against defendant in the amount of $355,866.05, representing the original settlement amount minus the amounts paid by defendant.

b. A judgment for liquidated damages, interest, costs, and reasonable attorneys' fees, pursuant to 29 U.S.C., §1132(g) and the Collective Bargaining Agreement;

c. For such other and further relief as the Court may consider appropriate under the circumstances.

Respectfully submitted,

HARTNETT REYES-JONES, LLC

  /s/ Michael A. Evans
MICHAEL A. EVANS, #58583MO
4399 Laclede Avenue
St. Louis, Missouri 63108
Phone: (314) 531-1054
Fax:   (314) 531-1131
mevans@hrjlaw.com
Attorneys for Plaintiffs